■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO R. PLUMERI, Appellant. [707 NYS2d 372] —Judgment unanimously affirmed. Same Memorandum as in *People v Palmeri* (272 AD2d 968 [decided herewith]). (Appeal from Judgment of Niagara County Court, Fricano, J.—Promoting Gambling, 1st Degree.) Present—Green, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.